



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA TURNAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:15-cv-0616 (REP) |
| ) | |
| FAIR DINKUM, LLC, and ) | |
| CANNON LAW ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

## CONSENT DECREE

THIS DAY CAME the Plaintiff, GLORIA TURNAGE, and the Defendants, FAIR DINKUM, LLC and CANNON LAW ASSOCIATES,[1] by counsel, and hereby move this Court to enter the this Consent Decree in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Defendants are ENJOINED from collecting, attempting to collect, reselling and/or credit reporting any debt or loans obtained by consumers with a Virginia address for any debts considered a payday loan, title loan or installment loan with an interest rate that exceeds 12%.

UPON FURTHER CONSIDERATION of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that Defendant FAIR DINKUM, LLC, is ENJOINED to cancel any debts or loans it had previously purchased for consumers with

---

[1] Plaintiff identified Cannon Law Associates in the Complaint. However, the proper legal entity is Cannon & Cannon Firm, P.C., which submitted itself to the Court's jurisdiction and agrees to be bound by this Consent Decree.

a Virginia address where the debt is considered a payday loan, title loan or installment loan with an interest rate that exceeds 12%.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Complaint against Defendants FAIR DINKUM, LLC and CANNON LAW ASSOCIATES is DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction over this matter in order to enforce this Consent Decree.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 15 day of January, 2016.

/s/ REP
Robert E. Payne
United States District Court Judge

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7572 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

James W. Speer, (VSB# 23046)
Virginia Poverty Law Center
919 E. Main Street, Suite 610
Richmond, VA 23219
(804) 782-9430
Fax: (804) 649-0974
Email: jay@vplc.org

*Counsel for Plaintiff*

/s/ Andrew Biondi
_____
Andrew Biondi (VSB No. 48100)
SANDS ANDERSON PC
2400 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636
(804) 783-7291 (fax)
abiondi@sandsanderson.com
*Counsel for Defendants*